No. — – ——. HULL *v.* CITY OF DUNCANVILLE. Motion to direct the Clerk to file the petition for writ of certiorari denied.

No. — – ——. OKLAHOMA *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. Motion to direct the Clerk to file the petition for writ of certiorari denied.